Argued December 13—decided December 13, 1977

JULIUS GLUCK *v.* CATHERINE GLUCK

The plaintiff's motion to dismiss the appeal from
the Superior Court in Fairfield County at Stamford
is granted by the court.

*John J. Graubard,* for the appellee (plaintiff).

*Catherine Gluck,* pro se, the appellant (defend-
ant).

Argued December 6—decided December 14, 1977

The defendant's motion to amend her motion for
appeal, filed November 10, 1977, from the Superior
Court in Fairfield County at Stamford is denied by
the court.

The defendant's motion to amend the motion, filed
November 10, 1977, for an extension of time in which
to file a finding in the appeal from the Superior
Court in Fairfield County at Stamford is denied
by the court.

The defendant's "Motion to Amend Transcript
Order" in the appeal from the Superior Court in
Fairfield County at Stamford is denied by the court.

*Catherine Gluck,* pro se, in support of the motions.

Submitted December 1—decided December 14, 1977

The defendant's motion, filed November 29, 1977, to oppose the plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied by the court.

*Catherine Gluck,* pro se, in support of the motion.

